UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Anna Bible Civil File No. 00-CV-323 DWF/RLE

Plaintiff,

v.

Allied Interstate, Inc.,
a Minnesota corporation,

Defendant.

---

Caroline Bible, Civil File No. 00-CV-324 DWF/RLE

Plaintiff,

v.

Allied Interstate, Inc.,
a Minnesota corporation,

Defendant.

---

## STIPULATION AND ORDER FOR CONSOLIDATION

**WHEREAS,** The above captioned actions involve common parties and common questions of law and fact, and the parties have agreed to consolidation under Fed. R. Civ. P. 42;

**IT IS THEREFORE STIPULATED** and agreed by all parties that the above captioned actions shall be consolidated under Fed. R. Civ. P. 42.

DATED: June 22, 2000

Eric L. Crandall, Esq.
Attorney for Plaintiffs
275 South 3rd Street, Suite 101
Stillwater, MN 55082
(651) 430-8187
Minn. Atty. Lic. No. 189492

FILED JUL 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

DATED: June 29, 2000

Michael L. Brutlag, Esq.
Attorney for Defendant
1100 Pillsbury Center
200 South Sixth Street
Minneapolis, MN
(612) 630-3203
Atty Lic. No. 123225

**ORDER**

In accordance with the foregoing stipulation, the above captioned cases are ordered consolidated per Fed. R. Civ. P. 42.

**BY THE COURT:**

DATED: 7/5/00

Raymond L. Erickson
United States Magistrate Judge